# Third District Court of Appeal

## State of Florida

Opinion filed November 5, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1517
Lower Tribunal No. F16-16155
_____

**Derrick Barrett,**
Petitioner,

vs.

**State of Florida,**
Respondent.

A Case of Original Jurisdiction – Habeas Corpus.

Derrick Barrett, in proper person.

James Uthmeier, Attorney General, and Magaly Rodriguez, Assistant Attorney General, for appellee.

Before EMAS, MILLER, and BOKOR, JJ.

MILLER, J.

*ON RESPONDENT'S MOTION TO DISMISS*

Derrick Barrett has filed a petition for a writ of habeas corpus alleging ineffective assistance of appellate counsel. State of Florida seeks dismissal. The petition contains conclusory allegations and was filed more than three years after Barrett's judgment and sentence were affirmed on direct appeal. See Barrett v. State, 337 So. 3d 856, 856 (Fla. 3d DCA 2022). It also fails to sufficiently invoke any exception to the two-year window contained in Florida Rule of Appellate Procedure 9.141(d)(5). Accordingly, we grant the motion to dismiss. Aligning ourselves with our sister courts, we do so with prejudice. See Fields v. State, 126 So. 3d 382, 383 (Fla. 4th DCA 2013) (dismissing with prejudice legally insufficient petition for writ of habeas corpus alleging ineffective assistance of appellate counsel where "petitioner did not allege any supporting facts or references to the record at all"); see also Eleazer v. State, 342 So. 3d 830, 830 (Fla. 1st DCA 2022) ("Because Petitioner's claims are conclusory and lack supporting facts to demonstrate a basis for relief, the petition alleging ineffective assistance of appellate counsel is dismissed with prejudice.").

Petition dismissed.